UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ROBERTA R. DALTON,** )<br>  )<br>  **PLAINTIFF** )<br>  )<br> **v.** )<br>  )<br> **UNIVERSITY CREDIT UNION,** )<br>  )<br>  **DEFENDANT** ) | **CIVIL NO. 2:11-CV-318-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 7, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The plaintiff has filed objections to the Recommended Decision. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Since the plaintiff's written submissions and exhibits fail to make out a colorable federal claim against the defendant, the complaint is summarily **DISMISSED**.

**SO ORDERED.**

**DATED THIS 24TH DAY OF OCTOBER, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**